UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE N. ERENDS,<br><br>             Petitioner,<br><br>     v.<br><br>D. K. JOHNSON,<br><br>             Respondent. | No. 2:12-cv-2603 CKD P<br><br><br>ORDER |

This petition for writ of habeas corpus was denied on January 23, 2015. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: May 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
eren2603.158

1